1 | JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2 | 2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
3 | Telephone: (949) 722-0055
Fax:(949) 722-8416
4 | Email: jackie@jacquelynenguyenlaw.com

5

Attorney for: PLAINTIFF

6

7

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11    UNITED STATES OF AMERICA, | No. CV 13-5930 |
| 12                 Plaintiff, | |
| 13         vs. | CONSENT JUDGMENT |
| 14    Mark R. Myers, | |
| 15                 Defendant | |

16

17     Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Mark R. Myers, in the
20 principal amount of $2,430.72 plus interest accrued to
21 August 7, 2013, in the sum of $4,151.65; with interest
22 accruing thereafter at 8% annually until entry of judgment,
23 administration costs in the amount of $0.00, for a total
24 amount of $**6,582.37**.

25

26 DATED: 11/4/13           By: TERRY NAFISI
27                                        Clerk of the Court
28
                                           Deputy Clerk
                                 United States District Court